# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AXIS SPINE NV, LLC, <br><br> Plaintiff, <br><br> v. <br><br> XTANT MEDICAL HOLDINGS, INC., *et al.*, <br><br> Defendant. | Case No. 2:17-cv-2147-APG-VCF <br><br> **ORDER DEEMING ORDER TO SHOW CAUSE SATISFIED** |

In light of the response to the order to show cause (ECF No. 7),

IT IS ORDERED that the order to show cause (ECF No. 5) is deemed satisfied. I will not dismiss the complaint for lack of subject matter jurisdiction.

DATED THIS 18th day of August, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE