1  DYLAN J. LIDDIARD
   *(admitted pro hac vice)*
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, California 94304
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  Email: dliddiard@wsgr.com

6  CRAIG E. BOLTON
   UZEZI E. ABUGO
7  *(admitted pro hac vice)*
   WILSON SONSINI GOODRICH & ROSATI
8  Professional Corporation
   1301 Avenue of the Americas, 40th Floor
9  New York, NY 10019
   Telephone: (212) 999-5800
10 Facsimile: (212) 999-5899
   Email: cbolton@wsgr.com
11 Email: uabugo@wsgr.com

12 JAMES PATRICK SHEA, ESQ.
   Nevada Bar No. 405
13 ARMSTRONG TEASDALE LLP
   3770 Howard Hughes Parkway, Suite 200
14 Las Vegas, Nevada 89169
   Telephone: (702) 678-5070
15 Facsimile: (702) 878-9995
   Email: jshea@armstrongteasdale.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AXIS SPINE NV, LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> XTANT MEDICAL HOLDINGS, INC., a Delaware Corporation <br><br> Defendant. | Case No. 2:17-CV-02147-APG-VCF <br><br> **DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY FOR THE MARCH 16, 2018, HEARING ON DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO FULLY RESPOND TO DISCOVERY** <br><br> Judge: Hon. Andrew P. Gordon |

| | |
|---|---|
| 1 | Defendant Xtant Medical Holdings, Inc. ("Defendant"), by and through its undersigned |
| 2 | counsel, hereby requests permission for its lead out-of-state counsel, Dylan J. Liddiard, Esq. of |
| 3 | Wilson Sonsini Goodrich and Rosati, PC, to appear telephonically for the hearing on |
| 4 | Defendant's Motion to Compel Plaintiff to Fully Respond to Discovery (the "Motion to |
| 5 | Compel") [ECF No. 25] currently scheduled for March 16, 2018, at 2:00 p.m. [ECF No. 29]. |
| 6 | Mr. Liddiard is located in Palo Alto, California and respectfully requests leave to appear |
| 7 | telephonically for the hearing as he has a preexisting obligation that requires him to be in Los |
| 8 | Angeles, California at the time of the hearing. Although Defendant's local counsel, Armstrong |
| 9 | Teasdale LLP, will be available in-person for the hearing, Mr. Liddiard has a greater knowledge |
| 10 | of the basis of the Motion to Compel because he was directly involved in the drafting of the |
| 11 | discovery requests at issue and the meet and confers with Plaintiff Axis Spine NV, LLC. For |
| 12 | those reasons, Defendant respectfully requests that Mr. Liddiard be allowed to appear |
| 13 | telephonically. |
| 14 | / / / |
| 15 | / / / |
| 16 | / / / |
| 17 | / / / |
| 18 | / / / |
| 19 | / / / |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

This request is made in good faith and Defendant does not believe that any parties to this case will be prejudiced in any way by Mr. Liddiard's telephonic appearance at the March 16, 2018 hearing.

Dated: March 12, 2018
Armstrong Teasdale LLP

By: /s/ *James Patrick Shea*

JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 678-5070
Facsimile: 702) 878-9995

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Dylan J. Liddiard
*(admitted pro hac vice)*
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Craig E. Bolton
Uzezi E. Abugo
*(admitted pro hac vice)*
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-13-2018

3

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing was served:

☒ via electronic service to the address(es) shown below:

P. Sterling Kerr, Esq.
Taylor Simpson, Esq,
Law Offices of P. Sterling Kerr
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone: 702-451-2055
Facsimile: 702-451-2077
Email: sterling@sterlingkerrlaw.com
Email: taylor@sterlingkerrlaw.com

Attorneys for Plaintiff

☐ via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid, on the date and to the address(es) shown below:

Date: March 12, 2018          /s/*Jessica Myrold*
                              An employee of Armstrong Teasdale LLP