1  DYLAN J. LIDDIARD *(pro hac vice)*
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, California 94304
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
   Email: dliddiard@wsgr.com
5
   JAMES PATRICK SHEA, ESQ.
6  Nevada Bar No. 405
   KOLESAR & LEATHAM
7  400 South Rampart Blvd., Suite 400
   Las Vegas, Nevada 89145
8  Telephone: (702) 362-7800
   Facsimile: (702) 362-9472
9  Email: jshea@klnevada.com

10 *Attorneys for Defendant*

11                **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
12

13 AXIS SPINE NV, LLC, a Nevada Limited ) Case No.: 2:17-CV-02147-APG-VCF
   Liability Company,                  )
14                                     )
                                       ) **JOINT STIPULATION RE:**
15          Plaintiff,                 ) **POSTPONEMENT OF STATUS**
                                       ) **CONFERENCE**
16     v.                              )
                                       ) The Honorable Cam Ferenbach
17 XTANT MEDICAL HOLDINGS, INC., a     )
   Delaware Corporation,               )
18                                     )
                                       )
19          Defendant.                 )

20      Plaintiff Axis Spine NV, LLC ("Axis") and Defendant Xtant Medical Holdings, Inc.
21 ("Xtant" and, together with "Axis," the "Parties") file this joint stipulation requesting that the
22 status conference currently scheduled for January 16, 2019, be postponed by ninety days.

23      On July 25, 2018, the Court held a hearing to address Axis's motion to extend discovery
24 deadlines. At the time, Xtant's motion to dismiss was fully briefed, and Xtant had further filed a
25 motion for summary judgment.

26      The Court denied Axis's motion and set a status conference on January 16, 2019, "just so
27 we don't . . . forget about things." [ECF No. 52, at 14:16–17]. But the Court noted that it would

28

postpone the conference if Xtant's motion to dismiss were still pending: "I'm going to set the status hearing for January 16th, and then if there's no decision by January 16th, if you file a stip to move out the status hearing, you know, I'll grant it because the point is we're not going to do a status hearing if the motion is still pending." [*Id.* at 14:10–14].

Consistent with the Court's instruction, the Parties jointly notify the Court that Xtant's motion to dismiss and summary judgment motion remain undecided and request the hearing be postponed by ninety days.

Dated: January 9, 2019      Respectfully Submitted,

| LAW OFFICES OF P. STERLING KERR | KOLESAR & LEATHAM |
|---|---|
| By: */s/ Taylor Simpson* <br> P. Sterling Kerr, Esq. <br> Nevada Bar No. 3978 <br> TAYLOR SIMPSON, ESQ. <br> Nevada Bar No. 13956 <br> 2450 St. Rose Parkway, Suite 120 <br> Henderson, Nevada 89074 <br> Telephone: (702) 451-2055 <br> Facsimile: (702) 451-2077 <br> Email: sterling@sterlingkerrlaw.com <br> Email: taylor@sterlingkerrlaw.com <br> *Attorneys for Plaintiff* | By: */s/ James Patrick Shea* <br> JAMES PATRICK SHEA, ESQ. <br> Nevada Bar No. 405 <br> 400 South Rampart Blvd., Suite 400 <br> Las Vegas, Nevada 89145 <br> Telephone: (702) 362-7800 <br> Facsimile: (702) 362-9472 <br> Email: jshea@klnevada.com <br><br> Dylan J. Liddiard (*pro hac vice*) <br> WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation <br> 650 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 493-9300 <br> Facsimile: (650) 565-5100 <br> Email: dliddiard@wsgr.com <br><br> *Attorneys for Defendant* |

<span style="color:red">IT IS HEREBY ORDERED that the status hearing scheduled for January 16, 2019 is VACATED and RESCHEDULED for 10:00 AM, April 22, 2019, in Courtroom 3D.</span>

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 1-10-2019