P. STERLING KERR, ESQ.
Nevada Bar No. 3978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
2450 St. Rose Parkway, Suite 120
Las Vegas, NV 89074
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: taylor@sterlingkerrlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AXIS SPINE NV, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>XTANT MEDICAL HOLDINGS, INC., a Delaware Corporation,<br><br>Defendant(s). | Case No.: 2:17-cv-02147-APG-VCF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Andrew P. Gordon |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Axis Spine NV, LLC, and Defendant Xtant Medical Holdings, Inc., hereby stipulate to the dismissal of this action with prejudice and with each Party bearing its own attorneys' fees and costs.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 16, 2019.

Dated this 16th day of July, 2019.

| LAW OFFICES OF P. STERLING KERR | KOLESAR & LEATHAM |
|---|---|
| /s/ Taylor Simpson | /s/ James Patrick Shea |
| P. STERLING KERR, ESQ.<br>Nevada Bar No. 3978<br>TAYLOR SIMPSON, ESQ.<br>Nevada Bar No. 13956<br>2450 St. Rose Parkway, Suite 120<br>Henderson, Nevada 89074<br>Telephone No. (702) 451-2055<br>Facsimile No. (702) 451-2077<br>Email: sterling@sterlingkerrlaw.com<br>Email: taylor@sterlingkerrlaw.com<br>*Attorneys for Plaintiff* | JAMES PATRICK SHEA, ESQ.<br>Nevada Bar No. 405<br>400 South Rampart Blvd., Suite 400<br>Las Vegas, Nevada 89145<br>Telephone No. (702) 362-7800<br>Facsimile No. (702) 362-9472<br>Email: jshea@klnevada.com<br>*Attorneys for Defendant*<br><br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>Dylan J. Liddiard, Esq.<br>(admitted *pro hac vice*)<br>650 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dliddiard@wsgr.com<br>*Attorneys for Defendant* |